# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RAMON AGUSTIN MORGA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 76887 |
| RAMON AGUSTIN MORGA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 79474 |

**FILED**

SEP 05 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER ADMINISTRATIVELY CLOSING THE APPEAL IN DOCKET NO. 79474 AND TRANSFERRING DOCUMENT

On July 15, 2019, the court of appeals entered an order directing the district court to enter an amended written order containing specific findings of fact and conclusions of law in Docket No. 76887-COA. On August 9, 2019, the district court entered an amended written order. On August 20, 2019, appellant filed a notice of appeal from the order denying a postconviction petition for a writ of habeas corpus entered on August 9, 2019. Accordingly, the clerk of this court is directed to administratively close the appeal in Docket No. 79474 and transfer the notice of appeal filed on August 20, 2019, in Docket No. 79474 to Docket No. 76887.

It is so ORDERED.

_____, C.J.

 

cc: Hon. Ronald J. Israel, District Judge
Ramon Agustin Morga
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A